■ In the Matter of NORMAN J. LEVY, Respondent, v. MARVIN D. CRISTEN-FELD et al., Constituting the Board of Elections of the County of Nassau, Respondents, and LAWRENCE T. GILLICK, Appellant.— In a proceeding to invalidate petitions designating appellant as a candidate in the Conservative Party Primary Election to be held on June 23, 1970 for nomination for the public office of Member of the Senate, 7th Senatorial District, Nassau County, the appeal is from a judgment of the Supreme Court, Nassau County, entered June 11, 1970, which invalidated said petitions. Judgment affirmed, without costs. No opinion. Christ, P. J., Rabin, Hopkins, Kleinfeld and Brennan, JJ., concur.

## (June 16, 1970)

■ In the Matter of MELVILLE J. HOWE et al., Respondents, v. THOMAS H. WATKINS, JR., Appellant, and HENRY E. BOSTIC et al., Respondents.— In a proceeding to invalidate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held on June 23, 1970, for nomination for the public office of Member of the Assembly for the 56th Assembly District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, entered June 16, 1970, which granted the application and invalidated said petitions. Judgment affirmed, without costs. No opinion. Christ, P. J., Rabin, Hopkins, Brennan and Kleinfeld, JJ., concur.

■ In the Matter of WALTER WARD et al., Appellants, v. EDWARD J. FENNELL et al., Respondents.— In a proceeding to invalidate petitions designating respondents Edward J. Fennell and Dorothy Schwartz as candidates in the Democratic Party Primary Election to be held on June 23, 1970 for the Party position of District Leader, Male and Female respectively, of the 29th Assembly District, Part A, Queens County, the appeal is from a judgment of the Supreme Court, Queens County, entered June 16, 1970, which denied the application and dismissed the petition. Judgment affirmed, without costs. No opinion. Christ, P. J., Hopkins, Kleinfeld, Brennan and Benjamin, JJ., concur.

## (June 18, 1970)

■ In the Matter of BARBARA HAROCHE, Respondent, v. GILBERT D. HAROCHE, Appellant.— In a support proceeding, the appeal is from an order of the Family Court, Westchester County, dated October 16, 1969, which *inter alia* directed appellant to pay respondent, his wife, $350 a week for support of respondent and the parties' two infant children. Order modified, on the law and the facts, by reducing the amount of dollar support for respondent and the two children from $350 to $250 a week. As so modified, order affirmed in all other respects, without costs. On the record presented we find that the award of $350 a week is excessive and that it should be reduced to $250 a week. Hopkins, Acting P. J., Munder, Martuscello, Brennan and Benjamin, JJ., concur.